COMPLAINT UNDER 42 USC § 1983, CIVIL RIGHTS ACT-TDCJ-ID (REV. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

E Autrell Jackson 02473 3796
Plaintiff's name and ID Number

Harris County Jail
Place of Confinement

CASE NO. 4:16cv1721
(Clerk will assign the number)

v.

Ron Hickman 1200 Baker Houston tx 77002
Defendant's name and address

Harris County Hearing Offices 109 Franklin Houston tx 77002
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL")

United States District Court
Southern District of Texas
FILED
JUN 15 2016
David J. Bradley, Clerk of Court

---

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

LL-052-(06/04)
A

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefore. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the applications to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as assembled by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41, (b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?  ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendants(s)_____

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Docket Number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Harris County Jail_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?  ✓ YES  ~~NO~~

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Eautrell Jackson 9220 Clarewood #2052 Houston, Texas 77036_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Ron Hickman Harris County Sheriff 1200 Baker Houston Tx 77002_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Is currently being unlawfully confined and restrained without bail being set in amount I can afford_

Defendant #2: _Harris County Hearing Officers 1201 Franklin Houston Tx 77002_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Did not set my bond on a individual basis or ask if I could post bond in that amount_

Defendant #3: _____

riefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

LL-052-(06/04)
A

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was arrested March 14th and set with no bond without an look at my personal case in an individual basis with the no bond being set on a scale determined by the Harris County Hearing officers. Then the courtroom 338 set my bond at $100,000 without seeking knowledge if I had the means to post bond in that amount. Sheriff Ron Hickman has unlawfully confined and restrained me by protocol to his deputies and correctional officers against my rights to be afforded a bond that I can reasonably make.

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for mental duress anguish and severe psychiatric deterioration and loss of wages

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you gave ever used or been known by including any and all aliases:

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   __YES  ✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?   __YES  __NO

C. Has any court ever warned or notified you that sanctions could be imposed?   __YES  ✓NO

* D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that imposed warning (if federal, give the district and division):_____

    2. Case Number: _____

    3. Approximate date warnings were imposed: _____

Executed on: 6-6-16
           DATE

_____
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___6___ day of ___June___, 19 _2016_.
     (Day)              (month)       (year)

_____
(Signature of plaintiff)

**WARNING:** The plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

LL-052-(06/04)
A

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: EauTrell Jackson
SPN: 02433796   Cell: 3F2
Street: 1200 Baker
Houston, Texas 77002

U.S. POSTAGE PITNEY BOWES
ZIP 77002 $ 000.88
02 4W
0000334684 JUN 13 2016

Clerk of the U.S. District Court
Houston Division
P.O Box 61010
Houston Texas
77208

United States District Court
Southern District of Texas
FILED

JUN 1 5 2016

David J. Bradley, Clerk of Court

**INDIGENT**

Legal Mail